IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DARIUS DESHON WRIGHT,

      Appellant,

v.

Case No.     5D22-1520
LT Case No. 2016-CF-0005565-A-O

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed November 8, 2022

3.850 Appeal from the Circuit Court
for Orange County,
Mark S. Blechman, Judge.

Darius D. Wright, Carrabelle, pro se.

No Appearance for Appellee.

PER CURIAM.

     AFFIRMED.


SASSO, NARDELLA and WOZNIAK, JJ., concur.